■ JOSEPH F. CEGIELSKI, Individually and as Parent and Natural Guardian of LISA CEGIELSKI et al., Infants, Plaintiff, v VOLNEY R. SPENCER et al., Defendants. VOLNEY R. SPENCER, Third-Party Plaintiff-Appellant, v JAMES P. BEELEY, Third-Party Defendant-Respondent. (Appeal No. 9.) [765 NYS2d 818] —Appeal from an amended judgment of Supreme Court, Erie County (O'Donnell, J.), entered October 21, 2002, which, inter alia, dismissed the third-party complaint.

It is hereby ordered that the amended judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.